IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Charles Hicks #246241 )
Full name and prison number ) 2007 FEB 16 A 9:40
of plaintiff(s) )
) DEBRA P. HACKETT, CLK
v. ) U.S. DISTRICT COURT
) MIDDLE DIST. CIVIL ACTION NO. 2:07cv142-MHT
ALA Dept. of Corrections et, al )
) (To be supplied by Clerk of
Commissioner Richard Allen ) U.S. District Court)
)
Warden John Cummings )
)
Captain Herold Burton )
)
The Prison Health Services (Franklin, Tenn) )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO (  )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Charles Hicks #246241

            Defendant(s) ALA. Dept of Corrections et, al
            and the Prison Health Services Franklin, Tenn.

        2.  Court (if federal court, name the district; if
            state court, name the county) Middle District court
            Alabama, Montgomery, County.

3. Docket number 2:06-cv-990-MEF

4. Name of judge to whom case was assigned Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still Pending At Present time.

6. Approximate date of filing lawsuit Oct of 2006.

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center P.O Box 220410, Deatsville, AL 36022.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center, P.O Box 220410, Deatsville, AL 36022.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                      ADDRESS

1. Dept. of Corrections (AL)    301 South Ripley St, Montgomery
2. Commissioner Richard Allen   301 South Ripley St, Montgomery
3. Warden John Cummings         P.O Box 220410, Deatsville, AL 36022
4. Captain Herold Burton        P.O Box 220410, Deatsville, AL 36022
5. Prison Health Services in Franklin, Tennessee
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan 27th of 2007 until the present time.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The grounds is for money being taken off my account with out me knowing about it. This is the 3rd time that money was taken out of my account. All 3 times I told Captain Burton about my problem. The Prison Health Services took money from my account. They do not suppose two take money off of my account. Captain Burton will not do anything about it.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The problem is, Money has been taking out of my inmate account since I've been here at Frank Lee within the last 3 weeks. I am a Chronic Patient and they do not supose too take any money from my account. From Jan 27th of 2007 until now.

GROUND TWO: Cruel and Unusual Punishment.

SUPPORTING FACTS: From June of 2006 until the Present time people here at Frank Lee Youth Center (Officers and Staff) have been treating me with cruel and unusual punishment about my money and my health problems. I am scared for my life. They are treating me like hell, here.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would like for the court too make these people put my money back on my account as soon as possible and also make them stop treating me with cruel and unusual punishment about anything containing my health or give me an early parole from prison.*

*Charles Hicks #246241*
_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  2/14/07
              (Date)

*Charles Hicks #246241*
_____
Signature of plaintiff(s)

4

Charles Hicks #246241
Frank Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
Dorm/Bed #20 A

Office of The Clerk
United States District Court
Attention: Clerk Office
P.O. Box 711
Montgomery, Al 36101-0711

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALA DEPT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN.

POSTAGE DUE
FIRST-CLASS