| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Kimberly Jay   C. Date of Delivery 2-20-07 |

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Prison Health Services
Attn: Kim Jay
105 West Park Drive, Suite 200
Brentwood, TN 37027

07CV142

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 2085

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540