IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, #246241,                    )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )      CASE NO. 2:07-CV-142-MHT
                                           )
RICHARD ALLEN, et al.,                     )
                                           )
          Defendants.                      )

**ORDER ON MOTION**

Upon review of the special report filed by the medical defendants on April 11, 2007 (Court Doc. No. 13), and for good cause, it is

ORDERED that on or before April 27, 2007 the medical defendants shall file a supplement to this report which addresses whether the plaintiff's submission of a grievance form challenging the taking of his money for medical treatment properly exhausted his administrative remedies with respect to the claims presented in the instant complaint.

Done this 12th day of April, 2007.


              /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE