1)

4/17/07

In The United States District Court
For The Middle District of Alabama

Charles Hicks, #246241
   Plaintiff,

v.

Alabama Dept. Of
Corrections, et al.
   Defendants

Case Civil Action No.
2:07-CV-142-MHT

## Affidavit

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Charles Hicks, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Charles Hicks, and I am presently incarcerated at Frank Lee Youth Center in Deatsville, Alabama 36022. I am over the age of twenty-one (21) years of age.

I inmate Charles Hicks, #246241, has been continuing to complain about money being taken off my account. I am a Chronic Patient and they are not suppose too take any money off of my account especially

2)

4/17/07

for the samething. They took money off of my account without letting me know about it.

It is my understanding that Charles Hicks has filed suit of this matter alleging that PHS took money from my account regarding my healthcare visits. I, Charles Hicks is a "Chronic Care" patient and should not be charged for these visits at all. I have prove to show for it.

In March 8, 2007, I, Charles Hicks filed an Inmate Grievance stating that $15.00 had been wrongly taken from my account for healthcare visits. The complete $15.00 was not refunded to my account, Only $6.00 was refunded back to my account.

"Further affiant sayeth not."

Charles Hicks #246241
Inmate Charles Hicks #246241

State of Alabama
County of Elmore

Sworn to and subscribed before me on this the 24th day of Apr 2007.

_____
Notary Public

My commission expires: 11/09/09