7/18/07

United States District Court
Middle Division
Northern

RECEIVED

2007 JUL 20  A 9:4?

## Change of Address !!!

This is inmate Charles Hicks writing you this letter again. Letting you know that i have changed address. On July 16, 2007 I was transferred from Staton Correctional Facility too Alexander City Community Base. And that is where i am at the present time. My Cases numbers are (1) CV Action 2:07-CV-142-MHT (2) 2:07-CV-64-WR-07-1289-I (3) 2:06-CV-990-MEF, (4) 2:07-CV-148-MEF (5) 2:06-CV-1033-WKW-CSC (6) 2:07-CV-257-MHT (7) 2:07-CV-00507-WKW. These are my Cases numbers so you can send letters here to me at Alexander City Community Base in Alexander City, Alabama.

Charles Hicks #246241
Alexander City Community
Base,
P.O. Drawer 160
Alexander City, Al 35011

James "Hicks #246241 29-A
Clanton City Community Base
St. Drawer 160
Clanton City, Al 35011

The United States Middle District Court
Atten:!! Clerks Office
P.O. Box 711
Montgomery Al 36102.0711

BIRMINGHAM AL 352

19 JUL 2007 PM 3



USA FIRST-CLASS FOREVER