In The United States District Court
For the Middle District of Alabama
Northern Division

Charles Hicks #246241,
   Plaintiff,

v.                                Case No: 2:07-CV-142-MHT

Richard Allen, et al.
   Defendants,

### Motion of Objections

    I hereby Charles Hicks object to the case of Richard Allen and The Alabama Department of Corrections and The Prison Health Services because of these reasons:

1) They are not giving me the proper treatments that I need for my medical condition.

2) I had too wait along time before I saw Dr. Paul Coriber at Staton Correctional and was treated like an animal in a cage because of my condition about my health problems.

3) I am seeking for money damages and pain and suffering for being treated real bad by the (over)

security guards and by the nurses staff at Staton Correctional Facility for not giving me diabetic lunch

3) They failed to comply and provide medical services too me while I was incarcerated their at Staton Correctional at that time.

4) These allegations are true to what I am saying about this case. Also they refuse to send me too a outside Doctor to get another opinion.

5) I am asking also for more time to present more information on this case. This letter was mailed on the 10/11/07. I just received this letter on 10-22-07.

## Certificate of Service

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this 22nd day of October, 2007, to:

Charles Hicks #246241
Alexander City Community
P.O. Drawer 160
Alexander City, Alabama
35010

P.S.

Ever since I been here at Alexander City Community Base in Alexander City, Alabama since July 16, 2007, I have been having problems recieving my Legal Mail from any Government or Federal Courts. So that's why I just got this letter because the mail staff here are messing with my Legal Mails.

Charles Hicks #246241
Alexander City Community Base
P.O. Drawer 160
Alexander City, Alabama 35010

BIRMINGHAM AL 350
23 OCT 2007 PM 4 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION."