IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-142-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the objection filed by the plaintiff on October 24, 2007 (Court Doc. No. 22), and for good cause, it is

ORDERED that the Recommendation entered on October 11, 2007 (Court Doc. No. 21) be and is hereby WITHDRAWN. The Clerk is DIRECTED to enter the objection on the docket as both an objection and response to the defendants' special reports. It is further

ORDERED that the plaintiff be GRANTED an extension to and including November 8, 2007 to file a supplemental response to the defendants' special reports.

Done this 24th day of October, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE