**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

December 18, 2007

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Hicks v. Allen et al

**Case Number:**   2:07cv00142-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 24   filed on   December 17, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>     DIVISION

CHARLES HICKS #246241 ,

  Plaintiff,

v.                         CASE NO. <u>2:07-CV-142</u>

RICHARD ALLEN, et al. ,

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Allen, Burton, and Cummins</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>         <u>Relationship to Party</u>

12/18/2007         /s/ Tara S. Knee
Date         (Signature)

Tara S. Knee
(Counsel's Name)

Allen, Burton, and Cummins
Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>Tara S. Knee</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>US Mail, CM/ECF</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>18th</u> day of <u>December</u> 20<u>07</u>, to:

Inmate Charles Hicks                    Paul James, Esq.

AIS # 246241

Alex City Community Work Center

P.O. Drawer 160

Alex City, AL 35011


<u>12/18/2007</u>                            <u>/s/ Tara S. Knee</u>
Date                                       Signature