In the District Court of the United States
For the Middle District of Alabama
Northern Division

Charles Hicks, #246241
Plaintiff,

v.

Alabama Dept. of Corrections, ET AL.
Defendants

## Change of Address

I, Charles Hicks am writing the Middle District Court this letter to let you know that, I have been transferred from Alexander City Community Facility to the Aletheia House in Birmingham, Alabama at the present time. The address is 201 Finley Ave West, Birmingham, Al 35204. My Case(s) numbers are: 1) 2:07-CV-142-MHT 2) Civil No. 2:07-CV-64-WKW and alot more of cases. this is where you can write me.

Yours Truly,
Charles Hicks

Charles Hicks #246241
201 Finley Ave West
B'ham, Al 35204

BIRMINGHAM AL 352
22 FEB 2008 PM 1 T

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams, 176
powerofthe letter.com
41 USA

Offices of District Court
United States District Court
P.O. Box 711
Montgomery, Al ~~36101~~ -0711
Attention!!! District Clerk