IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLES HICKS,** ) | |
| **AIS # 246241,** ) | |
| ) | |
| v. ) | **Case No.:   2:07-CV-00142-MHT-CSC** |
| ) | |
| **RICHARD ALLEN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for Defendants Richard Allen, Harold Burton, and John Cummings on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Kim T. Thomas, Esq. will continue to represent said Defendants.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 25th day of August 2008.

s/ Tara S. Knee
TARA S. KNEE              (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:   (334) 353-0046
Facsimile:   (334) 353-4481
Email:       Tara.Knee@personnel.alabama.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 25, 2008:

Paul M. James, Jr., Esq.
Rushton, Stakely, Johnston & Garrett P.C.
Post office Box 270
Montgomery, Alabama 36101-0270

Charles Hicks
AIS# 246241
201 Finley Avenue West
Birmingham, Alabama 35204

                                                s/ Tara S. Knee
                                                OF COUNSEL