IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-CV-142-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed on August 25, 2008 (Court Doc. No. 29), which the court construes to contain a motion to substitute counsel, and as Kim T. Thomas has not made a notice of appearance nor requested such action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of August, 2008.

        /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE