IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:07-cv-142-MHT-CSC |
| RICHARD ALLEN, et. al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Bart Harmon and submits this Notice of Appearance for Defendants Richard Allen, Harold Burton, and John Cummings in the above-styled case.

Respectfully submitted this the 29th day of August, 2008.

/s/ Bart Harmon
BART HARMON (HAR127)
Assistant General Counsel

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, AL 36130-1501

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Paul M. James, Jr. Esq.
Rushton, Stakely, Johnston & Garrett, P.C.
Post Office Box 270
Montgomery, AL 36101-0270


I hereby certify that a copy of the above and foregoing has been served by U.S. Mail on this the 29th day of August, 2008, to:

Charles Hicks AIS # 246241
201 Findley Avenue West
Birmingham, AL 35204


/s/ Bart Harmon
BART HARMON (HAR127)
Assistant Attorney General