IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, #246241,           )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        CASE NO. 2:07-CV-142-MHT
                                  )
RICHARD ALLEN, et al.,            )
                                  )
            Defendants.           )

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension from September 10, 2008

to and including September 19, 2008 to file an objection to the Recommendation entered

on August 28, 2008 (Court Doc. No. 32).

Done this 8th day of September, 2008.


_____/s/ Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE