IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, # 246241, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-cv-142-MHT |
| | )                    [WO] |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

On August 28, 2008, the magistrate judge filed a recommendation to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 32) is adopted and that the defendants' motions for summary judgment (Doc. ## 10 & 13) are granted to the extent that this case is dismissed in its entirety without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust administrative remedies available to him during his confinement in the Frank Lee Youth Center.

DONE, this the 22nd day of September 2008.

                                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE